IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD J. BARTLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-061 |
| | ) | |
| RICHARD DOUGLASS, Captain; | ) | |
| CRAIG MURPHY, Investigator; | ) | |
| TODD BROWN, Investigator; and | ) | |
| JACOB DYER, Investigator; | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On May 17, 2022, the Court granted Plaintiff, incarcerated at Columbia County Detention Center, permission to proceed *in forma pauperis* ("IFP") conditioned on his return of a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form. (See doc. no. 4.)  Plaintiff has returned his Consent to Collection of Fees form, (doc. no. 6), and he states jail officials will not return the Trust Fund Account Statement he provided to them. (See doc. nos. 5, 6-1.)

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319-20 (11th Cir. 2002).  Plaintiff shall have until July 8, 2022, to submit the required Prisoner Trust Fund Account Statement signed by an authorized jail official.  Failure to return the required paperwork will be an election to have this case

dismissed without prejudice.

To ensure that jail officials have received the Trust Fund Account Statement, the Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's custodian and to include a Prisoner Trust Fund Account Statement with that service copy. The Court is confident that jail officials will expeditiously fill out the form and return it to Plaintiff. Plaintiff must then return the Trust Fund Account Statement to the Court by no later than July 8, 2022.

SO ORDERED this 21st day of June, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA