IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD J. BARTLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-061 |
| | ) | |
| RICHARD DOUGLASS, Captain; | ) | |
| CRAIG MURPHY, Investigator; | ) | |
| TODD BROWN, Investigator; and | ) | |
| JACOB DYER, Investigator; | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, formerly incarcerated at Columbia County Detention Center, commenced the above-captioned case pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding *pro* se and *in forma pauperis* ("IFP"). (Doc. no. 4.) As Plaintiff has been released from jail, he can no longer proceed IFP pursuant to his former status as an incarcerated litigant.[1] Therefore, the Court **REVOKES** Plaintiff's leave to proceed IFP.

As Plaintiff's IFP status has been revoked, Plaintiff must submit the $402.00 filing fee or a new motion to proceed IFP if he wishes to pursue the above-captioned case. See Loc. R. 4.1. The Court **DIRECTS** the **CLERK** to attach a copy of the standard IFP form and supporting affidavit used by non-incarcerated *pro se* litigants filing a civil rights case in

---

[1]The Court notes that prior to Plaintiff's release, he informed the Court about difficulties obtaining financial information from jail officials. (See doc. nos. 5, 6-1.) The Court served an order on jail officials regarding providing the information, (doc. no. 7), but Plaintiff was released prior to the deadline for compliance. Although jail officials returned the information directly to the Court, (doc. no. 10), because Plaintiff has been released, *he* is now responsible for providing the Court with his current, relevant financial information on the enclosed IFP form.

the Southern District of Georgia, stamped with this case number, to Plaintiff's service copy of this Order. Plaintiff shall have twenty-one days from the date of this Order to submit the filing fee or any appropriate IFP form. Upon receipt of the new IFP motion, the Court will determine whether Plaintiff should be granted leave to proceed IFP or whether Plaintiff should pay the $402.00 filing fee. If no response is timely received from Plaintiff, the Court will presume that he desires to have this case voluntarily dismissed and will recommend dismissal of this action, without prejudice. Plaintiff is cautioned that, while this action is pending, he shall immediately inform this Court of any change of address.

<u>Failure to comply with the terms of this Order within twenty-one days of the undersigned date will result in a recommendation to the presiding District Judge that this case be dismissed without prejudice.</u>

SO ORDERED this 6th day of July, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA