IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD J. BARTLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-061 |
| | ) | |
| RICHARD DOUGLASS, Captain; | ) | |
| CRAIG MURPHY, Investigator; | ) | |
| TODD BROWN, Investigator; and | ) | |
| JACOB DYER, Investigator; | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 18.) The Magistrate Judge recommended dismissing the case because Plaintiff fails to state a federal claim upon which relief can be granted and further recommended any potential state law claims be dismissed without prejudice. (See doc. no. 16.) Plaintiff filed objections reciting pages of legal jargon and requesting, without any details, an opportunity to amend his complaint. (See doc. no. 18.)

Although a *pro se* plaintiff must be given at least one chance to amend the complaint before a case is dismissed with prejudice where there is a possibility a more carefully drafted complaint might state a claim, the Court need not provide that opportunity if amendment would be futile. See Silberman v. Miami Dade Transit, 927 F.3d 1123, 1132-33 (11th Cir.

2019). "The futility issue is concerned less with whether [Plaintiff] *has* otherwise stated a claim against the [Defendants] than with whether, when all is said and done, he *can* do so." Id. at 1133 (emphasis in original). Here, Plaintiff fails to offer *any* specific information identifying which claims were allegedly ignored in the Report and Recommendation or how he could overcome the pleading deficiencies identified by the Magistrate Judge. Moreover, as the Court makes clear herein, the dismissal is without prejudice. Thus, the Court denies the futile request to amend.

Accordingly, the Court **OVERRULES** the objections, denies the request to file an amended complaint, and **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** the case, including any potential state law claims, without prejudice, and **CLOSES** this civil action.

SO ORDERED this 30th day of August, 2022, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA