AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RICHARD J. BARTLETT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 122-061

RICHARD DOUGLASS, Captain; CRAIG MURPHY, Investigator; TODD BROWN, Investigator; and JACOB DYER, Investigator,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 30, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, this civil action, including any potential state law claims are dismissed without prejudice. This civil action stands closed.



| August 30, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |

GAS Rev 10/2020